FILED
2020 Mar-05 AM 10:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2018-02397 |

_____ and EEOC
State or local Agency, if any

**Name** (Indicate Mr., Ms., Mrs.)  **Ms. Tiffany Edwards**  | Home Phone (Incl. Area Code) | Date of Birth

**Street Address**  |  **City, State and ZIP Code**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Schnellecke Logistics Alabama, LLC | +15 | (205) 712-9139 |

**Street Address** 22479 Bucksville Rd.  **City, State and ZIP Code** McCalla, AL 35111

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____   Latest Feb 26, 2018
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I became employed by the company in January of 2017. I worked at the Mercedes Benz plant in Vance, Alabama, where the company worked for Mercedes. On February 22, 2018, I made a complaint of sexual harassment against Andre Marby. Andre works for the company through a staffing agency and is supervised by the company's employees. I met with Jill Allen, Human Resources Manager, about my complaint that day. She said she was going to talk to a former employee I had identified as also witnessing sexual harassment from Andre. On February 23, Jill told me that they could not "fast track" an investigation and that I was not suspended but they had decided to send me home for the rest of the day and that I would be paid for rest of that day and Monday and Tuesday. She said she would call me the next Wednesday when they finished their investigation. She said they didn't know what they were going to do with me and might move me to another shift or another department. The next day was a mandatory working Saturday. I called Jill back and asked her if I was suspended. She said no. I thought it was okay to come in that Saturday since I was not suspended. That Monday, Jill called me and told me I was terminated for working unauthorized overtime by working that Saturday. Andre was not taken off work and worked that Saturday.

I believe that my employer (a) retaliated against me for reporting sexual harassment and/or (b) discriminated against me because of my gender in terminating me. I am therefore making a claim under Title VII to the Civil Rights Act of 1964, as amended.

RECEIVED

U.S. EEOC

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Mar 15, 2018 / [signature: Tiffany Edwards]
Date / Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

# EXHIBIT B

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Tiffany Edwards

From: Birmingham District Office
Ridge Park Place
1130 22nd Street
Birmingham, AL 35205

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2018-02397 | MICHELE R. HARRIS, Investigator | (205) 212-2071 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

BRADLEY A. ANDERSON,
District Director

MAY 16 2019
(Date Mailed)

Enclosures(s)

cc: SCHNELLECKE LOGISTICS ALABAMA, LLC
c/o T Matthew Miller
Bradley Arant Boult Cummings
1819 5th Avenue North
Birmingham, AL 35203

Adam Porter
ADAM PORTER, LLC
2301 Morris Avenue
Suite 102
Birmingham, AL 35203